BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
JEAN M. HOBLER
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EMILIO CRUZ,<br>Defendant. | CASE NO. CR S 08-0427-MCE<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE<br><br>Date: November 17, 2011<br>Time: 9:00 a.m.<br>Hon. Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America and defendant Emilio Cruz that the status conference in the above-captioned matter set for October 13, 2011, be continued to November 17, 2011, at 9:00 a.m.

The parties further stipulate that the time period from the date of the originally set status conference, October 13, 2011, through the date of the status conference set for November 17, 2011, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act.

///

///

///

The parties stipulate that the ends of justice are served by the Court excluding such time, because of the volume discovery in this case and the need for counsel to have reasonable time for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

For these reasons, the defendant, defense counsel, and the government stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: October 13, 2011 By: /s/ Philip A. Ferrari
PHILIP A. FERRARI
Assistant U.S. Attorney

DATE: October 13, 2011 By: /s/ Philip A. Ferrari for
CLYDE BLACKMON
Att'y for Emilio Cruz

**O R D E R**

IT IS ORDERED that the status conference currently set for October 13, 2011, is VACATED, and continued to November 17, 2011, at 9:00 a.m. For the reasons stipulated to by the parties, good cause exists pursuant to 18 U.S.C. §§ 3161(h)(7), and time is excluded under the Speedy Trial Act through November 17, 2011. For the reasons set forth in the stipulation, the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

Dated: October 13, 2011

_______________________________
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE