**KYLE R. KNAPPP**
**Attorney at Law**
California State Bar No. 166597
1120 D Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 441-4717

Attorney for Zoya Belov

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  CR 2:08-427 - MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | CONTINUING DATE FOR JUDGEMENT |
| ZOYA BELOV, | ) | AND SENTENCING |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Phil Ferrari, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, ZOYA BELOV, that the current hearing date of October 13, 2011 be vacated and the matter be re-set for December 15, 2011 at 9:00 am.  Good cause for the continuance is due to defendant's continued cooperation under the plea agreement and to afford counsel additional time to provide mitigation evidence to probation.

Dated: October 7, 2011                              Respectfully submitted.

                                                     /s/ Kyle R. Knapp
                                                    Kyle R. Knapp
                                                    Attorney for Defendant, Zoya Belov

Dated: October 7, 2011                              Respectfully submitted.

                                                     /s/ Phil Ferrari
                                                    Phil Ferrari
                                                    Assistant U.S. Attorney
                                                    Attorney for Plaintiff

| | |
|---|---|
| 1 | ORDER |
| 2 | GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the October 13, 2011 |
| 3 | hearing is vacated and the matter is re-set for judgement and sentencing on December 15, 2011 at |
| 4 | 9:00am. |
| 5 | IT IS SO ORDERED. |

Dated: October 13, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE