Timothy E. Warriner (SB#166128)
Attorney at Law
660 J Street, Suite 390
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant,
DERRICK JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DERRICK JOHNSON,<br><br>Defendant. | No. CR S 08 0427 MCE<br><br>STIPULATION AND PROPOSED ORDER CONTINUING DATE FOR JUDGMENT AND SENTENCING |

The parties hereby stipulate as follows:

1. Judgment and sentencing is presently set for October 13, 2011.

2. The parties agree to vacate the October 13, 2011 hearing date, and to set the matter for judgment and sentencing to be held **December 15, 2011 at 9:00 a.m.** Good cause for the continuance is due to the defendant's continued cooperation pursuant to the plea agreement, and to afford additional time for completion of the presentence investigation report.

DATED: October 7, 2011 /s/ Timothy E. Warriner, Attorney for Defendant, Derrick Johnson

DATED: October 7, 2011 /s/ Phil Ferrari, Assistant United States Attorney for the Government

ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the October 13, 2011 hearing is vacated, and the matter is set for judgment and sentencing to occur December 15, 2011 at 9:00 a.m.

IT IS SO ORDERED.

Dated: October 13, 2011

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE