| | Dmitry Y. Gurovich, Esq.[SBN 181427]
1 |     Elon Berk, Esq. [SBN 209642]
2 | **GUROVICH, BERK & ASSOCIATES, APC**
  |   15250 Ventura Boulevard, Suite 1220
3 |      Sherman Oaks, California 91403
  |         Telephone: (818) 205-1555
4 |         Facsimile: (818) 205-1559

5     Attorneys for Defendants:
   Migran Petrosyan, Khachatur Arutunyan

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES, | ) CR.S. -08-427 MCE |
|  | ) |
| Plaintiff, | ) **ORDER** |
|  | ) |
| v. | ) |
|  | ) |
| MIGRAN PETROSYAN, KHACHATUR ARUTUNYAN, et al. | ) |
|  | ) |
| Defendants. | ) |
| _____ | ) |

Defendant Arutunyan's bond is hereby exonerated. All guarantors and their real property are hereby released from any further obligations to this Court. The hearing on this Motion, currently set before this Court at 9:00 a.m., on Thursday, October 27, 2011, is here by vacated.

IT IS SO ORDERED.

Dated: October 17, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

_____
**ORDER**