THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Nazaret Salmanyan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NAZARET SALMANYAN, et. al,<br><br>Defendants. | Case No.: 2:08-cr-00427-MCE<br><br>STIPULATION AND ORDER TO JUDGMENT AND SENTENCING<br><br>Date: January 26, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for October 20, 2011 at 9:00 a.m. is continued to January 26, 2012 at 9:00 a.m. in the same courtroom. Philip A. Ferrari, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both agree to this continuance.

**IT IS SO STIPULATED.**

DATED: October 18, 2011     By:  /s/ Thomas A. Johnson
                                 THOMAS A. JOHNSON
                                 Attorney for Defendant
                                 NAZARET SALMANYAN

DATED: October 18, 2011          BENJAMIN WAGNER
                                 United States Attorney

                            By:  /s/ Thomas A. Johnson for
                                 Philip A. Ferrari
                                 Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: October 19, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 1 -