1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                   EASTERN DISTRICT OF CALIFORNIA

8
                                    )
9    UNITED STATES OF AMERICA,      ) CASE NO. 2:08-CR-00427-mce-7
                                    )
10          Plaintiff,              )
                                    ) ORDER FOR EXTENSION OF TIME
11          vs.                     ) TO FILE POST-VERDICT MOTIONS
                                    ) AND CONTINUING SENTENCING
12   RAMANATHAN PRAKASH,            )
                                    )
13          Defendant.              )
                                    )
14   _____)

15        Upon Unopposed Motion by Defendant's Attorneys, Alan Ellis,

16   Esquire, Ronald C. Richards, Esquire, and David Dratman, Esquire,

17   it is hereby Ordered that:

18                A.   An extension of time to prepare and file

19          post-verdict motions is granted and said post-verdict

20          motions are due on or before December 22, 2011.

21                B.   The Response by the Government, if any, shall

22          be filed on or before January 12, 2012.

23                C.   The Defendant's Reply, if any, shall be filed

24          on or before January 19, 2012.

25                D.   A hearing on post-verdict motions, if needed,

26          shall be held at a new date requested by counsel for

27          the parties to be held on January 26, 2012 at 9 am.

28

E.   Sentencing is continued from January 5, 2012
to January 26, 2012.

Dated:  November 2, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE