UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>RAMANATHAN PRAKASH,<br>Defendant. | CASE NO. 2:08-CR-00427-mce-7<br><br>**ORDER FOR CONTACT VISIT AT THE SACRAMENTO COUNTY JAIL BETWEEN AMANDA GREGORY, PH.D, CLINICAL NEUROPSYCHOLOGIST AND DEFENDANT, DR. RAMANATHAN PRAKASH** |

Having reviewed the Unopposed Motion for Contact Visit at the Sacramento County Jail between Amanda Gregory, Ph.D., Clinical Neuropsychologist and Defendant, Dr. Ramanathan Prakash, IT IS HEREBY ORDERED that the Sacramento County Jail shall permit a contact visit between Dr. Amanda Gregory, Ph.D., and Defendant for the purposes of a neuropsychological examination.

Dated: November 22, 2011

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE