**LAW OFFICES OF**
**DANIEL V. BEHESNILIAN**
DANIEL V. BEHESNILIAN, ESQ., State Bar No. 075805
8484 Wilshire Blvd., Suite 700
Beverly Hills, Ca. 90211
Tel: (310) 854-6972
Fax: (310) 854-0128

Attorneys for Defendant SHUSHANIK MARTIROSYAN

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SHUSHANIK MARTIROSYAN, ) <br> ) <br> Defendant. ) <br> _____ ) | **Case No. CR. S-08-0427 MCE** <br><br> STIPULATION TO CONTINUE SENTENCING; ORDER THEREON |

For the reasons set forth in the parties' stipulation, IT IS ORDERED that the sentencing of defendant SHUSHANIK MARTIROSYAN, is continued from December 8, 2011 9:00 a.m. to May 10, 2012 at 9:00 a.m.

Dated: December 8, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE