1 | **KYLE R. KNAPP**
**Attorney at Law**
2 | California State Bar No. 166597
1120 D Street, Suite 100
3 | Sacramento, CA 95814
Telephone: (916) 441-4717
4 |

5 | Attorney for Zoya Belov

6 |

7 |

UNITED STATES DISTRICT COURT

8 |

EASTERN DISTRICT OF CALIFORNIA

9 |

10 | UNITED STATES OF AMERICA,             )   CASE NO.   CR 2:08-427 - MCE
                                       )
11 |                        Plaintiff,  )
                                       )
12 | v.                                 )
                                       )
13 |                                    )   STIPULATION AND ORDER
                                       )   CONTINUING DATE FOR JUDGEMENT
14 | ZOYA BELOV,                        )   AND SENTENCING
                                       )
15 |                        Defendant.  )
                                       )
16 | _____     )

17 |

18 |         IT IS HEREBY STIPULATED by and between the parties hereto through their respective

19 | counsel, Phil Ferrari, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for

20 | defendant, ZOYA BELOV, that the current hearing date of January 5, 2012 be vacated and the matter be

21 | re-set for May 10, 2012 at 9:00 am.  Good cause for the continuance is due to defendant's continued

22 | cooperation under the plea agreement, the potential she may be called as a witness in pending cases and

23 | to afford counsel additional time to provide mitigation evidence to probation.

24 | Dated: December 20, 2011                          Respectfully submitted.

25 |                                                    /s/ Kyle R. Knapp
                                                   Kyle R. Knapp
26 |                                                   Attorney for Defendant, Zoya Belov

27 | Dated: December 20, 2011                          Respectfully submitted.

28 |                                                    /s/ Phil Ferrari
                                                   Phil Ferrari
                                                   Assistant U.S. Attorney
                                                   Attorney for Plaintiff

ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the January 5, 2012 hearing is vacated and the matter is re-set for judgement and sentencing on May 10, 2012 at 9:00am.

IT IS SO ORDERED.

Dated: January 4, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

11CR069-JAM