DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA 95814
(916) 552-6660
Fax: (916) 447-0592

Attorney for Liw Jiaw Saechao

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:08 CR 00427 MCE |
| Plaintiff, | STIPULATION RE: CONTINUANCE OF HEARING ON JUDGMENT AND SENTENCING; ORDER |
| vs. | |
| LIW JIAW SAECHAO, et al, | |
| Defendant | |

   IT IS HEREBY STIPULATED by and between the United States of America through Philip Ferrari, Assistant United States Attorney, and defendant Liw Jiaw Saechao, by and through her counsel, Danny D. Brace, Jr., that the hearing on Judgment and Sentencing currently set for January 5, 2012 be vacated and reset for March 29, 2012 at 9:00 a.m.

Respectfully submitted,

Date: 12-29-11                    By:   /s/ Danny D. Brace, Jr.,
                                        DANNY D. BRACE, JR.,
                                        Attorney for
                                        Liw Jiaw Saechao

STIP AND ORDER TO EXTEND TIME - 1

| | | | |
|---|---|---|---|
| 1 | Date: 12-29-11 | By: | /s/ Philip Ferrari |
| 2 | | | Authorized to sign for Mr. Ferrari, on December 29, 2011 |
| 3 | | | Philip Ferrari |
| | | | Assistant U.S. Attorney |

**IT IS SO ORDERED.**

Dated: January 4, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE