BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
THOMAS M. GARBERSON (SBN 269158)
JONATHAN C. TURNER, Of Counsel (SBN 191540)
660 'J' Street, Suite 390
Sacramento, CA  95814
Telephone: (916) 441-0824
Facsimile: (916) 441-0970

Attorneys for Defendant,
EMILIO LOUIS CRUZ, III

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:08-CR-427-08 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | |
| EMILIO LOUIS CRUZ, III, | |
| Defendant. | |

The United States of America, through its counsel Assistant U. S. Attorney Philip A. Ferrari, and Emilio Louis Cruz, III, through his counsel Clyde M. Blackmon, stipulate that the status conference now scheduled for 9:00 a.m. on January 5, 2012, shall be continued to 9:00 a.m. on February 23, 2012.

A continuance of the currently set status conference is necessary to provide the defense with more time in which to continue its investigation pertaining to handwriting analysis of various documents connected with the case.

The parties further stipulate that the time from the currently set status conference on January 5, 2012, through

- 1 -

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

February 23, 2012, the requested date for the continued status conference, should be excluded from computation of the time period in which trial should commence under the Speedy Trial Act.  The parties stipulate that the ends of justice would be served by the Court excluding that time period from computation because of the volume of discovery in the matter and the need for the defense to counsel to have reasonable time for effective preparation , taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

    For these reasons, Mr. Cruz, his counsel and the government stipulate and agree that the ends of justice served by granting the requested continuance of the status conference outweigh the best interests of the public and Mr. Cruz in a speedy trial.

DATED:   January 4, 2012        By: //s// Clyde M. Blackmon for
                                              PHILIP A. FERRARI
                                              Assistant U.S. Attorney

                                       BLACKMON & ASSOCIATES

DATED:   January 4, 2012        By: //s// Clyde M. Blackmon
                                              CLYDE M. BLACKMON
                                              Attorneys for Defendant
                                              Emilio Louis Cruz, III

1 **ORDER**

2    IT IS ORDERED that the status conference currently set for
3 January 5, 2012, at 9:00 a.m. is continued to February 23, 2012,
4 at 9:00 a.m.  For the reasons stipulated by the parties, good
5 cause exists pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), and time
6 is excluded under the Speedy Trial Act through February 23,
7 2012.  For the reason set for in the stipulation of the parties,
8 the ends of justice served by granting this continuance outweigh
9 the best interests of the public and Mr. Cruz in a speedy trial.
10 18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).

12 Dated:  January 9, 2012

13 _____
14 MORRISON C. ENGLAND, JR
   UNITED STATES DISTRICT JUDGE