```
                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA




UNITED STATES OF AMERICA,    )    Case. No. CR-S-08-427 MCE
                             )
                             )
                             )
              Plaintiff,     )    SEALING ORDER
                             )
                             )
     v.                      )
                             )
ALEXANDER POPOV,             )
                             )
              Defendant.     )
                             )
_____)
```

Good cause having been shown,

**IT IS HEREBY ORDERED** that the Section E of the Government's Reply to Defendant Popov's Sentencing Memorandum, submitted on January 9, 2012, be filed under seal. The Clerk's Office is directed to serve counsel, Richard Moss, Jean Hobler and Phil Ferrari, only with copies of Section E to the Reply.

Dated: January 9, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3