| | |
|---|---|
| 1 | KRESTA NORA DALY, SBN 199689 |
| 2 | Rothschild Wishek & Sands, LLP |
| | 901 F Street, Suite 200 |
| 3 | Sacramento, CA 95814 |
| 4 | Attorneys for Defendant |
| | Lana LeChabrier |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:08-CR-0427-MCE |
| Plaintiff, | ) ) | STIPULATION AND ORDER RE-SETTING MOTION FOR |
| v. | ) ) | A NEW TRIAL AND SENTENCING |
| LANA LECHABRIER, | ) ) | |
| Defendant. | ) ) | |

Defense counsel has received all of the trial transcripts in this case and is in the process of reviewing them. Dr. LeChabrier requests March 29, 2012 as the date for the hearing on the motion for a new trial. Said motion will be filed sufficiently in advance to allow the government two weeks to reply.

Dr. LeChabrier further requests that the Court extend the 14-day deadline imposed by FRCrP Rule 33(b)(1) to March 29, 2012 in order to allow defense counsel to evaluate and/or bring a motion for a new trial.

DATED: December 21, 2011          Respectfully submitted,


                                         s/Kresta Daly
                                         Kresta Nora Daly, Attorney
                                         for Defendant Lana LeChabrier

1  The government concurs in the request to extend the dates for the motion for a
2  new trial and potential sentencing to March 29, 2012.

3

4  Dated: December 21, 2011  Respectfully submitted,

5

6     s/Kresta Daly
   Philip Ferrari, Assistant United States Attorney

## O R D E R

Good cause appearing, it is hereby ordered that the time to file a motion for a new trial on behalf of Dr. LeChabrier is extended from the 14-day deadline imposed by FRCrP Rule 33(b)(1) to March 29, 2012.

Dated: January 18, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE