```
 1  THOMAS A. JOHNSON, #119203
    400 Capitol Mall, Suite 1620
 2  Sacramento, California  95814
    Telephone:  (916) 422-4022
 3  Attorney for Defendant Nazaret Salmanyan
 4
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NAZARET SALMANYAN, et. al,<br><br>Defendants. | Case No.: 2:08-cr-00427-MCE<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>Date:  April 26, 2012<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for January 26, 2012 at 9:00 a.m. is continued to April 26, 2012 at 9:00 a.m. in the same courtroom.  Philip A. Ferrari, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both agree to this continuance.

**IT IS SO STIPULATED.**

DATED: January 18, 2012          By:    /s/  Thomas A. Johnson
                                        THOMAS A. JOHNSON
                                        Attorney for Defendant
                                        NAZARET SALMANYAN

1  DATED: January 18, 2012         BENJAMIN WAGNER
                                   United States Attorney

         By:    /s/ Thomas A. Johnson for
                Philip A. Ferrari
                Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: January 23, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE