KRESTA NORA DALY, SBN 199689
BARTH TOZER & DALY[1] LLP
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@btdlaw.net

Attorneys for Defendant
LANA LeCHABRIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LANA LeCHABRIER,<br><br>    Defendant. | Case No. 2:08-CR-0427-MCE<br><br>**STIPULATION AND ORDER RE SETTING A MOTION FOR NEW TRIAL AND SENTENCING** |

Defense counsel has received all of the trial transcripts in this case and is in the process of reviewing them. Dr. LeChabrier requests March 29, 2012 as the date for the hearing on the motion for a new trial. Said motion will be filed sufficiently in advance to allow the government two weeks to reply.

Dr. LeChabrier requests the Court extend the 14-day deadline imposed by Federal Rules of Criminal Procedure, Rule 33(b)(1) to March 29, 2012 in order to allow defense counsel to evaluate and/or bring a motion for a new trial.

Dr. LeChabrier further requests her sentencing be postponed until sometime after the Court has made a ruling on the new trial motion.

Dated: January 24, 2012.           Respectfully submitted,

                                   BARTH TOZER & DALY LLP

                                   By  /s/ Kresta Nora Daly
                                       KRESTA NORA DALY
                                       Attorneys for LANA LeCHABRIER

---

[1] The name change of the firm is currently pending before the California Secretary of State.

{00006016}

The government concurs in the request to extend the dates for the motion for a new trial and potential sentencing.

Dated: January 24, 2012.   Respectfully submitted,

By  /s/ Kresta Daly for
PHILIP FERRARI,
Assistant United States Attorney

**O R D E R**

Good cause appearing, it is hereby ordered that the time to file a motion for a new trial on behalf of Defendant LeChabrier is extended from the 14-day deadline imposed by Federal Rules of Criminal Procedure, Rule 33(b)(1) to March 29, 2012. Hearing on Defendant LeCHabrier's Motion for New Trial is hereby set at 9:00 a.m. on Thursday, March 29, 2012. It is further ordered that Defendant's judgment and sentencing is continued to April 5, 2012, at 9:00 a.m.

IT IS SO ORDERED.

Dated: January 25, 2012

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE