IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case. No. CR-S-08-427 MCE |
| | ) | |
| Plaintiff, | ) | SEALING ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| RAMANATHAN PRAKASH, | ) | |
| | ) | |
| Defendant. | ) | |

Good cause having been shown,

**IT IS HEREBY ORDERED** that Attachments A and B of the Government's Sentencing Memorandum, submitted on February 16, 2012, be filed under seal. The Clerk's Office is directed to serve counsel, Alan Ellis, David Dratman, Ron Richards, Jean Hobler, and Phil Ferrari only with copies of Attachments A and B.

Dated: February 24, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE