```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA
                         SACRAMENTO DIVISION
```

UNITED STATES OF AMERICA,    ) CASE NO. 2:08-CR-0427 MCE
              Plaintiff,     )
                             ) **ORDER**
     v.                      )
                             )
RAMANATHAN PRAKASH,          )
              Defendant.     )

Good cause having been shown,

IT IS HEREBY ORDERED that Exhibits 1 through 15 and Attachment M, of Defendant's Supplemental Sentencing Memorandum, submitted on March 6, 2012, be filed under seal. The Clerk's Office is directed to serve counsel Alan Ellis, David Dratman, Ron Richards, Jean Hobler and Phil Ferrari only with copies of these Exhibits and Attachment.

Dated:  March 7, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE