IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                    No. CR S-08-0427 MCE EFB

vs.

LANA LE CHABRIER,

    Movant.                       FINDINGS AND RECOMMENDATIONS

_____/

      Movant, without the assistance of counsel, has filed a motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255, together with a motion to proceed in forma pauperis. *See* Dckt. Nos. 562, 563. A motion may be brought in a district court under 28 U.S.C. § 2255 by a person in custody under the judgment of that court, or under the judgment of a state court or another federal court, and subject to future custody under a judgment of a district court. Here, judgment has not been entered against movant. Rather, her judgment and sentencing has been continued to April 5, 2012. *See* Dckt. No. 613. Movant's motion is premature.

      Accordingly, it is hereby RECOMMENDED that movant's motion to vacate, set aside, or correct her sentence and her motion to proceed in forma pauperis be denied without prejudice.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

"Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: March 14, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE