THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Nazaret Salmanyan

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:08-cr-00427-MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |
| v. | |
| NAZARET SALMANYAN, et. al, | Date: August 30, 2012 |
| Defendants. | Time: 9:00 a.m. |
| | Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for April 26, 2012 at 9:00 a.m. is continued to August 30, 2012 at 9:00 a.m. in the same courtroom. Philip A. Ferrari, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both agree to this continuance.

**IT IS SO STIPULATED.**

DATED: April 23, 2012            By:    /s/ Thomas A. Johnson
                                        THOMAS A. JOHNSON
                                        Attorney for Defendant
                                        NAZARET SALMANYAN

DATED: April 23, 2012                   BENJAMIN WAGNER
                                        United States Attorney

                                 By:    /s/ Thomas A. Johnson for
                                        Philip A. Ferrari
                                        Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: April 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER            - 1 -