**LAW OFFICES OF**
DANIEL V. BEHESNILIAN
DANIEL V. BEHESNILIAN, ESQ., State Bar No. 075805
8484 Wilshire Blvd., Suite 700
Beverly Hills, Ca. 90211
Tel: (310) 854-6972
Fax: (310) 854-0128

Attorneys for Defendant SHUSHANIK MARTIROSYAN

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **No. 2:08-cr-00427-MCE** |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | SENTENCING & ORDER |
| vs. ) | |
| ) | |
| SHUSHANIK MARTIROSYAN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

For the reasons set forth in the parties' stipulation, IT IS ORDERED that the sentencing of defendant SHUSHANIK MARTIROSYAN, is continued from May 10, 2012 9:00 a.m. to June 28, 2012 at 9:00 a.m.

**Dated: April 27, 2012**

_____
**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**