BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
JEAN M. HOBLER
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-427 MCE |
| Plaintiff, | |
| v. | STIPULATION RE: CONTINUANCE OF HEARING ON JUDGMENT AND SENTENCE FOR DEFENDANT BELOV |
| ZOYA BELOV | |
| | DATE: May 10, 2012 |
| | TIME: 9:00 a.m. |
| Defendant. | Hon. Morrison C. England, Jr. |

It is hereby stipulated by and between the United States of
America through Jean M. Hobler, Assistant United States Attorney,
and defendant Zoya Belov, by and through her counsel Kyle Knapp,
Esq., that the hearing and Judgment and Sentencing currently set for
May 10, 2012, be vacated and reset for August 30, 2012,
at 9:00 am.


Date: May 3, 2012

                              /s/ Jean M. Hobler for
                              Kyle Knapp
                              Attorney at Law
                              (As authorized on 5/3/2012)

1

```
                          BENJAMIN B. WAGNER
                          United States Attorney

                    By:   /s/ Jean M. Hobler
                          PHILIP A. FERRARI
                          JEAN M. HOBLER
                          Assistant United States Attorneys
```

**<u>ORDER</u>**

Pursuant to the stipulation of the parties, the judgment and sentencing for defendant Zoya Belov is continued from May 10, 2012, to August 30, 2012, at 9:00 a.m.

Dated: May 4, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE