IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,                  No. CR. S-08-0427 MCE EFB

    vs.

LANA LE CHABRIER,

        Movant.                      <u>ORDER</u>

_____/

       Movant, without the assistance of counsel, has filed a motion to vacate, set aside or correct her sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rules 302.

       On March 14, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

       The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed March 14, 2012 (ECF No. 638), are ADOPTED in full;

2. Movant's motion to vacate, set aside, or correct her sentence and her motion to proceed in forma pauperis are DENIED without prejudice; and

3. The Clerk of the Court is directed to close the companion civil case No. CIV S-12-0011 MCE EFB.

Dated: May 4, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE