1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,

11          Respondent,                    No. 2:08-cr-00427 MCE EFB

12      vs.

13   LANA LE CHABRIER,

14          Movant.                        ORDER
     _____/
15

16          Movant, without the assistance of counsel, filed a motion to vacate, set aside, or

17   correct her sentence pursuant to 28 U.S.C. § 2255.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19          On March 14, 2012, the magistrate judge filed findings and recommendations

20   recommending movant's motion be dismissed as premature.  On May 7, 2012, the undersigned

21   adopted the magistrate judge's findings and recommendations in full and denied movant's

22   motion without prejudice.  Movant now seeks a certificate of appealability.  ECF Nos. 677, 678.

23   Movant's motions must be denied as reasonable jurists would not find it debatable that

24   petitioner's motion to vacate, set aside, or correct her sentence was filed prematurely.  See 28

25   U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484-85 (2000).

26   ////

Accordingly, it is ORDERED that:

1. Movant's motions for a certificate of appealability, ECF Nos. 677 and 678, are denied; and

2. The Clerk is directed to serve a copy of this order on the United States Court of Appeals for the Ninth Circuit.

Dated: May 31, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE