**LAW OFFICES OF**
**DANIEL V. BEHESNILIAN**
DANIEL V. BEHESNILIAN, ESQ., State Bar No. 075805
8484 Wilshire Blvd., Suite 700
Beverly Hills, Ca. 90211
Tel: (310) 854-6972
Fax: (310) 854-0128

Attorneys for Defendant SHUSHANIK MARTIROSYAN

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **No. 2:08-cr-00427-10 MCE** |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER THEREON |
| vs. | |
| SHUSHANIK MARTIROSYAN, | |
| Defendant. | |

For the reasons set forth in the parties' stipulation, the sentencing of defendant SHUSHANIK MARTIROSYAN, is hereby continued from June 28, 2012 9:00 a.m. to September 6, 2012 at 9:00 a.m.

IT IS SO ORDERED.

DATED: June 14, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

ORDER