BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
JEAN M. HOBLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RAMANATHAN PRAKASH,<br><br>    Defendant. | Case No. 2:08-CR-0427 MCE<br><br>STIPULATION REGARDING SPECIAL SET CALENDAR FOR SENTENCING OF DEFENDANT RAMANATHAN PRAKASH ; ORDER THEREON |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jean M. Hobler, Assistant United States Attorney, and counsel for defendant Ramanathan Prakash, Alan Ellis, that as the Court's calendar permits, the sentencing of defendant Ramanathan Prakash be specially set on July 12, 2012, to permit the introduction of evidence by the parties. The Government anticipates presenting audio excerpts from recordings of telephone conversations involving defendant Prakash during his incarceration in the Sacramento County Jail, and possibly the testimony of Special Agent Heather Sowa, HHS-OIG, regarding her analysis of the financial records provided by Prakash.[1] Defendant Prakash anticipates calling attorney Jeffrey Helfer to the stand to discuss Prakash's financial situation, and anticipates up to three additional character witnesses and witnesses to address statements made in the jail tapes.

---

[1] To the extent practicable, the Government will endeavor to do this by way of declaration rather than live testimony.

1

The parties estimate that all evidence and argument should be accomplished within three hours. The parties jointly request the matter be special set consistent with the Court's schedule and analysis of the time necessary to accomplish sentencing.

**IT IS SO STIPULATED.**

Dated: June 8, 2012          BENJAMIN B. WAGNER
                             United States Attorney


                             By: /s/ Jean M. Hobler
                                 JEAN M. HOBLER
                                 Assistant U.S. Attorney


Dated: June 8, 2012


                             By: /s/ Jean M. Hobler for
                                 ALAN ELLIS
                                 Counsel for Defendant
                                 RAMANATHAN PRAKASH
                                 (as authorized on June 8, 2012)


**<u>ORDER</u>**

In accordance with the parties' stipulation, the sentencing for defendant Ramanathan Prakash shall be specially set for July 12, 2012, at 11:00 a.m.

IT IS SO ORDERED.

Dated: June 19, 2012

                             _____
                             MORRISON C. ENGLAND, JR
                             UNITED STATES DISTRICT JUDGE