UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:08-CR-0427 MCE |
|---|---|
| Plaintiff, | |
| vs. | |
| RAMANATHAN PRAKASH, | |
| Defendant. | |

ORDER

Pursuant to the parties' stipulation, the sentencing set for July 12, 2012, at 11 a.m. is VACATED, and the matter is set for a hearing on status of counsel and selection of a new sentencing date on July 19, 2012, at 9:00 a.m. Attorney Alan Ellis is ordered to forward a copy of this order to James W. Spertus immediately upon receipt.

IT IS SO ORDERED.

Dated: July 5, 2012

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE