```
 1  CLYDE M. BLACKMON (SBN 36280)
    ROTHSCHILD WISHEK & SANDS LLP
 2  901 F STREET, SUITE 200
    Sacramento, CA  95814
 3  Telephone: (916) 444-9845

 4  Attorneys for Defendant,
    EMILIO LOUIS CRUZ, III
 5
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:08-CR-00427 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | |
| EMILIO LOUIS CRUZ, III, | |
| Defendant. | |

The United States of America, through its counsel Assistant U. S. Attorney Philip A. Ferrari, and Defendant Emilio Louis Cruz, III, through his counsel Clyde M. Blackmon, stipulate that the status conference now scheduled for 9:00 a.m. on July 12, 2012, shall be continued to 9:00 a.m. on August 30, 2012. The continuance of the status conference is at the request of the defense, and the government has no objection.

A continuance of the currently set status conference is necessary to provide the defense with more time in which to complete its investigation.

1  The discovery in the matter consists of more than 50,000 pages
2  of documents in addition to numerous audio and video recordings.
3  The defense needs additional time in which to review those
4  documents and recordings. In addition, the government has
5  provided the defense with a proposed plea agreement which the
6  defense cannot asses until it has completed its investigation of
7  the matter.
8      The parties further stipulate that the time from the
9  currently set status conference on July 12, 2012, through August
10 30, 2012, the requested date for the continued status
11 conference, should be excluded from computation of the period of
12 time within which the trial of this case should commence under
13 the Speedy Trial Act.  *See* 18 U.S.C. section 3161(h)(7)(B)(iv).
14     Counsel for Dr. Cruz believes that a continuance of the
15 status conference is necessary, taking into account due
16 diligence, for him to provide constitutionally adequate
17 representation to Dr. Cruz and to properly prepare the case for
18 trial.
19     For these reasons, Dr. Cruz, his counsel and the government
20 stipulate that he ends of justice served by granting the
21 requested continuance of the currently set status conference
22 outweigh the best interests of the public and Dr. Cruz in a
23 speedy trial.
24 ///
25 ///
26 ///
27 ///
28 ///

```
DATED:    July 9, 2012           By: //s// Clyde M. Blackmon for
                                     PHILIP A. FERRARI
                                     Assistant U.S. Attorney

                                 ROTHSCHILD WISHEK & SANDS LLP

DATED:    July 9, 2012           By: _//s// Clyde M. Blackmon___
                                     CLYDE M. BLACKMON
                                     Attorneys for Defendant
                                     Emilio Louis Cruz, III
```

| | |
|---|---|
| 1 | **ORDER** |
| 2 | |
| 3 | The status conference currently set for July 12, 2012, is |
| 4 | vacated and continued to August 30, 2012, at 9:00 a.m.  For the |
| 5 | reasons stipulated to by the parties, good cause exists pursuant |
| 6 | to 18 U.S.C. section 3161(h)(7)(B)(iv); therefore, time is |
| 7 | excluded under the Speedy Trial Act through August 30, 2012. |
| 8 | Based on the stipulation of the parties, the Court finds that |
| 9 | the interests of justice served by granting the requested |
| 10 | continuance of the status conference outweigh the best interest |
| 11 | of the public and Mr. Cruz in a speedy trial.  18 U.S.C. |
| 12 | (section mark) 3161(h)(7)(B)(iv), (Local Code T4). |
| 13 | IT IS SO ORDERED. |
| 14 | Dated:   July 13, 2012 |

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE