| | |
|---|---|
| 1 | **KYLE R. KNAPP**<br>**Attorney at Law** |
| 2 | California State Bar No. 166597<br>1120 D Street, Suite 100 |
| 3 | Sacramento, CA 95814<br>Telephone: (916) 441-4717 |
| 4 | |
| 5 | Attorney for Zoya Belov |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:08-cr-00427 - MCE |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER |
| ZOYA BELOV, | ) | CONTINUING DATE FOR JUDGEMENT AND SENTENCING |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Phil Ferrari, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, ZOYA BELOV, that the current hearing date of August 30, 2012 be vacated and the matter be re-set for November 29, 2012 at 9:00 am. Good cause for the continuance is due to defendant's continued cooperation under the plea agreement, the potential she may be called as a witness in pending cases and to afford counsel additional time to provide mitigation evidence to probation.

Dated: July 26, 2012                    Respectfully submitted.

                                                                             /s/ Kyle R. Knapp
                                                                             Kyle R. Knapp
                                                                             Attorney for Defendant, Zoya Belov

Dated: July 26, 2012                    Respectfully submitted.

                                                                             /s/ Phil Ferrari
                                                                             Phil Ferrari
                                                                             Assistant U.S. Attorney
                                                                             Attorney for Plaintiff

| | ORDER |
|---|---|
| 1 | |
| 2 | |
| 3 | GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the August 30, 2012 |
| 4 | hearing is vacated and the matter is re-set for judgement and sentencing on November 29, 2012 at 9:00am. |
| 5 | IT IS SO ORDERED. |
| 6 | Dated: August 2, 2012 |

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE