```
KAREN L. LANDAU, CSB # 128728
Attorney at Law
2626 Harrison St.
Oakland, California 94612
(510) 839-9230 (telephone)
(510) 839-0535 (facsimile)

Attorney for Alexander Popov
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ALEXANDER POPOV,<br><br>    Defendant. | No. CR 2:08-00427-06-MCE<br>Eastern California<br><br>ORDER<br>AUTHORIZING PRODUCTION OF<br>TRANSCRIPT OF SEALED<br>PROCEEDINGS |

GOOD CAUSE APPEARING, court reporter Kathy Swinhart is hereby ordered to prepare a transcript of the sealed portion of the sentencing hearing occurring on January 12, 2012, and produce a copy of the transcript to appellate counsel for the defendant, Karen L. Landau.

DATED: August 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE