BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
JEAN M. HOBLER
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:08-CR-0427 MCE |
|---|---|
| Plaintiff, | **AMENDED STIPULATION TO CONTINUE SENTENCING FOR DR. RAMANATHAN PRAKASH** |
| v. | |
| RAMANATHAN PRAKASH, | |
| Defendant. | |

Defendant Ramanathan Prakash, by and through his counsel of record, and the Government, by and through its counsel, attempted to reach agreement on certain sentencing issues in advance of a sentencing hearing. The parties pursued such discussions, but were unable to reach agreements. Thus, the parties jointly request that the Court set the hearing for sentencing

//
//
//
//
//

1

for October 24, 2012, at 9:00 a.m. The parties agree that no further briefing, documents, evidence, or other materials will be submitted to the Court.

Dated: October 12, 2012                    Respectfully submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney

                                    By:    /s/ Jean M. Hobler
                                           PHILIP A FERRARI
                                           JEAN M. HOBLER
                                           Assistant U.S. Attorneys

Dated: October 12, 2012

                                    By:    /s/ James Spertus
                                           JAMES SPERTUS
                                           Counsel for Ramanathan Prakash
                                           (as authorized on October 11, 2012)

## **O R D E R**

In accordance with the parties' stipulation, judgment and sentencing for Defendant Ramanathan Prakash in this matter is hereby scheduled for October 24, 2012 at 9:00 a.m. in Courtroom No. 7.

IT IS SO ORDERED.

Dated: October 17, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE