```
 1  CLYDE M. BLACKMON (SBN 36280)
    ROTHSCHILD WISHEK & SANDS LLP
 2  901 F STREET, SUITE 200
    Sacramento, CA  95814
 3  Telephone: (916) 444-9845

 4  Attorneys for Defendant,
    EMILIO LOUIS CRUZ, III
 5
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:08-CR-00427 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING TRIAL AND TRIAL READINESS CONFERENCE |
| vs. | |
| EMILIO LOUIS CRUZ, III, | |
| Defendant. | |

The United States of America, through its counsel Philip A. Ferrari, and Emilio Louis Cruz, III, through his counsel Clyde M. Blackmon, hereby stipulate that the trial of this matter, which is currently scheduled for April 15, 2013, may be continued to November 4, 2013, at 9:00 a.m. and that the trial readiness conference, now set for March 14, 2013, may be rescheduled for October 10, 2013, at 9:00 a.m.

A continuance of the trial is necessary to provide the defense with more time in which to prepare.  This case involves allegations that Emilio Cruz, a medical doctor, participated in a conspiracy to defraud Medicare through the establishment of a

- 1 -

number of purported medical clinics and the submission of fraudulent Medicare claims for medical services that were not performed, were not performed as billed, or were performed by people not licensed to perform such services or people who were not authorized by Medicare to perform the services. There are over 50,000 pages of discovery in the case. The defense requires more time in which to review the discovery and to continue its investigation, particularly as to numerous documents which the government contends were signed by Dr. Cruz.

The parties further stipulate that the time from the currently set trial readiness conference on March 14, 2013, through November 4, 2013, the requested new trial date, should be excluded from computation of the period within which trial should commence under the Speedy Trial Act. The parties also stipulate that the ends of justice would be served by the Court excluding that time from the computation because of the volume of discovery in the matter and the need for defense counsel to have adequate time in which to continue its investigation in order to effectively prepare for trial, taking into account the exercise of due diligence. For these reasons, Dr. Cruz, his counsel and the government stipulate and agree that the ends of justice served by the granting of the continuance of the trial outweigh the best interest of the public and Dr. Cruz in a speedy trial.

IT IS SO STIPULATED.

DATED: March 11, 2013      By: //s// Clyde M. Blackmon for
PHILIP A. FERRARI
Assistant U.S. Attorney

- 2 -

| | | |
|---|---|---|
| | | ROTHSCHILD WISHEK & SANDS LLP |
| DATED: | March 11, 2013 | By: //s// Clyde M. Blackmon |
| | | CLYDE M. BLACKMON |
| | | Attorneys for Defendant |
| | | Emilio Louis Cruz, III |

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered that the trial in this matter, currently set for April 15, 2013, is continued to November 4, 2013, at 9:00 a.m. and that the trial readiness conference now set for March 14, 2013, is continued to October 10, 2013, at 9:00 a.m.

Pursuant to the stipulation of the parties, the Court finds that the volume of discovery in the case and the need for the defense to obtain more time in which to continue its investigation provide sufficient grounds for the continuance of the trial and that the ends of justice served by granting the continuance outweigh the best interests of the public and Dr. Cruz in a speedy trial.

For that reason, good cause exists pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv) and time is excluded under the Speedy Trial Act from March 14, 2013, through November 4, 2013.

IT IS SO ORDERED.

Dated: March 13, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE