1  BENJAMIN B. WAGNER
   United States Attorney
2  PHILIP A. FERRARI
   JEAN M. HOBLER
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6

7  Attorneys for Plaintiff
   The United States of America
8

9              IN THE UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-427 MCE |
|---|---|
13 | Plaintiff, | STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING OF SHUSHANIK MARTIROSYAN |
14 | v. | |
15 | SHUSHANIK MARTIROSYAN, | |
16 | Defendant. | |

17

18     As the Court is aware, the sentencing for a number of defendants in this case has been repeatedly

19 continued due to cooperation agreements and the trial of the remaining defendant, Emilio Cruz, which was

20 set for November 2013. On September 12, 2013, Cruz pleaded guilty and trial was vacated. This

21 development was sudden, and while there is no remaining impediment to sentencing defendant Martirosyan

22 (or the other defendants) the parties wish more time than the current date provides to address lingering issues

23 in advance of sentencing. The parties, however, consider the proposed new date to be firm.

24 ///

25 ///

26 ///

27 ///

28 ///

1

For that reason, IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES, through their counsel of record, that the Judgment and Sentencing scheduled for September 26, 2013 at 9:00 a.m. be continued to October 24, 2013 at 9:00 a.m. in the same courtroom.

Dated: September 17, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Jean M. Hobler
JEAN M. HOBLER
Assistant United States Attorney

Dated: September 17, 2013

/s/ Daniel V. Behesnilian
DANIEL V. BEHESNILIAN
Counsel for Defendant
SHUSHANIK MARTIROSYAN
(authorized Sept. 17, 2013)

**ORDER**

IT IS SO ORDERED.

Dated: September 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT