BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
JEAN M. HOBLER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
The United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-427 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING OF MIGRAN PETROSYAN |
| v. | |
| MIGRAN PETROSYAN, | |
| Defendant. | |

As the Court is aware, the sentencing for a number of defendants in this case has been repeatedly continued due to cooperation agreements and the trial of the remaining defendant, Emilio Cruz, which was set for November 2013. On September 12, 2013, Cruz pleaded guilty and trial was vacated. This development was sudden, and while there is no remaining impediment to sentencing defendant Petrosyan (or the other defendants) the parties wish more time than the current date provides to address lingering issues in advance of sentencing. The parties, however, consider the proposed new date to be firm.

///

///

///

///

///

1

For that reason, IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES, through their counsel of record, that the Judgment and Sentencing scheduled for September 26, 2013 at 9:00 a.m. be continued to October 24, 2013 at 9:00 a.m. in the same courtroom.

Dated: September 18, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Jean M. Hobler
JEAN M. HOBLER
Assistant United States Attorney

Dated: September 18, 2013

/s/ Elon Berk
ELON BERK
Counsel for Defendant
MIGRAN PETROSYAN
(authorized Sept. 17, 2013)

**ORDER**

IT IS SO ORDERED.

Dated: September 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT