LAW OFFICES OF DANIEL V. BEHESNILIAN
DANIEL V. BEHESNILIAN, ESQ., State Bar No. 075805
8484 Wilshire Blvd., Suite 700
Tel: (310) 854-6972
Fax: (310) 854-0128

Attorneys for Defendant Shushanik Martirosyan

**IN THE UNITES STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITES STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>SHUSHANIK MARTIROSYAN,<br><br>           Defendant, | Case No. 2:08-CR-427 MCE<br><br>**ORDER TO CONTINUE SENTENCING OF SHUSHANIK MARTIROSYAN** |

Because good cause appears in Defendant's Motion to Continue Sentencing (ECF No. 798), the October 24, 2013 hearing is vacated and the matter is re-set for sentencing on November 7, 2013 at 9:00 a.m. in Courtroom 7.

IT IS SO ORDERED.
Dated: October 17, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT