1  Elon Berk, Esq. [SBN 209642]
   **GUROVICH, BERK & ASSOCIATES, APC**
2  15250 Ventura Blvd., Suite 1220
   Sherman Oaks, California 91403
3        Tel: (818) 205-1555
         Fax: (818) 205-1559
4       Attorney for Defendant
           Migran Petrosyan

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR NO.: S 08-0427 MCE** |
| Plaintiffs, | **ORDER TO CONTINUE SENTENCING DATE FROM OCTOBER 24, 2013 to DECEMBER 5, 2013** |
| v. | |
| MIGRAN PETROSYAN, Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

Defendant's Sentencing is hereby continued from October 24, 2013 to December 5, 2013 at 9:00 A.M. Furthermore, the time period from October 24, 2013 to December 5, 2013 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Rule T4.

\\

\\

\\

The Court specifically finds that the ends of justice served by taking the action ordered outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Date: October 21, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT